1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700

5

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )    2:11-CR-00127-GEB
                                  )
12           Plaintiff,           )    FINAL ORDER OF FORFEITURE
                                  )
13      v.                        )
                                  )
14 ANTHONY GORDON POLLO,          )
                                  )
15           Defendant.           )
   _____)
16

17      WHEREAS, on or about September 9, 2011, this Court entered a

18 Preliminary Order of Forfeiture pursuant to the provisions of 18

19 U.S.C. § 2253, based upon the plea agreement entered into between

20 plaintiff and defendant Anthony Gordon Pollo and the finding of

21 forfeiture by the Court forfeiting to the United States the

22 following property:

23           a)   one generic black desktop tower with hard drive,
                  serial number 00129-952846453.
24

25      AND WHEREAS, beginning on October 1, 2011, for at least 30

26 consecutive days, the United States published notice of the

27 Court's Order of Forfeiture on the official internet government

28 forfeiture site www.forfeiture.gov.  Said published notice

advised all third parties of their right to petition the Court
within sixty (60) days from the first day of publication of the
notice for a hearing to adjudicate the validity of their alleged
legal interest in the forfeited property.

AND WHEREAS, the Court has been advised that no third party
has filed a claim to the subject property, and the time for any
person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting
to the United States of America all right, title, and interest in
the above-listed property pursuant to 18 U.S.C. § 2253, to be
disposed of according to law, including all right, title, and
interest of Anthony Gordon Pollo.

2. All right, title, and interest in the above-listed
property shall vest solely in the name of the United States of
America.

3. The U.S. Marshals Service shall maintain custody of and
control over the subject property until it is disposed of
according to law.

Dated: December 1, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

Final Order of Forfeiture